## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

James M. Ellzey and Kathie A. Ellzey, :
                  Appellants :
                         :
                v. :          No. 990 C.D. 2019
                         :
Upper Gwynedd Township Board of :
Commissioners and Kurt R. Hague :
and Caren A. Hague and Caracausa :
Building and Development :

## **PER CURIAM**           **O R D E R**

        NOW, January 6, 2021, upon consideration of Appellees Kurt R. Hague, Caren A. Hague and Caracausa Building and Development's application for reargument, the application is denied.